UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:14-MJ-1167

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF COMPUTER PROPERTY OF WALDA L. LUNA; 413 NORTH DUPLIN STREET, WALLACE, NC 28466; 406 NORTH NORWOOD STREET, WALLACE, NC 28466 | ORDER TO UNSEAL SEARCH WARRANT |

Upon motion of the Government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the search warrant in the above-captioned matter are hereby ORDERED unsealed.

This the 19 day of February, 2016.

Robert B. Jones, Jr.
United States Magistrate Judge